IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

AMANDA FORTIN, )
)
        Plaintiff, ) TC-MD 140265N
)
    v. )
)
DEPARTMENT OF REVENUE, )
State of Oregon, )
)
        Defendant. ) **FINAL DECISION**

The court entered its Decision in the above-entitled matter on June 24, 2014. The court did not receive a request for an award of costs and disbursements (TCR-MD 19) within 14 days after its Decision was entered. The court's Final Decision incorporates its Decision without change.

This matter is before the court on Defendant's Stipulated Agreement filed June 20, 2014. The parties agree that for the 2013 tax year, Plaintiff is "allow[ed] a Working Family Credit of $4,400, as filed, which is based on a qualifying child care expenses of $11,000." (Parties' Stip Agreement at 1.) Because the parties are in agreement, the case is ready for decision. Now, therefore,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS THE DECISION OF THIS COURT that for the 2013 tax year, Plaintiff is allowed a working family care credit in the amount of $4,000 based on qualifying child care expenses in the amount of $11,000.

Dated this ____ day of June 2014.


_____
ALLISON R. BOOMER
MAGISTRATE


*If you want to appeal this Final Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Final Decision or this Final Decision cannot be changed.*

*This Final Decision was signed by Magistrate Allison R. Boomer on July 11, 2014. The Court filed and entered this Final Decision on July 11, 2014.*